UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   14-cr-00458-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   DAVID COLIN SELZER,

     Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 22, 2014,** and responses to these motions shall be filed by **Wednesday, December 31, 2014.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, January 7, 2015, at 2:00 p.m., in Courtroom A-1002**.  Finally, it is

FURTHER ORDERED that a 2-day jury trial is set to commence **Tuesday, January 20, 2015, at 9:00 a.m., in Courtroom A-1002.**

Dated:  November 25, 2014.

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge