# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER:  14-cr-00458-KMT-01 |
| DAVID COLIN SELZER | David L. Owen, Jr.<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Pleaded guilty to Count 1 of the Superseding Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(5) | Simple Assault Upon an Aircraft in the Special Aircraft Jurisdiction of the United States | 02/27/14 | 1 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

July 27, 2015
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judicial Officer

*Jul 29, 2015*
Date

DEFENDANT:  DAVID COLIN SELZER
CASE NUMBER:  14-cr-00458-KMT-01                                                                          Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $1,000.00 | $0.00 |
| **TOTALS** | $10.00 | $1,000.00 | $0.00 |

DEFENDANT:  DAVID COLIN SELZER
CASE NUMBER:  14-cr-00458-KMT-01                                                              Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment fee and fine are due immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment and fine.